# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

## CRIMINAL MINUTE SHEET

| USA v. CASE E. McCALLA | Mag. Judge: Timothy P. Greeley |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:10-cr-105 (RJJ) | May 17, 2010 | 2:07- 2:12 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Donald Daniels | Charles Chamberlain, Jr. | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT READ |
|---|---|---|
| Felony | Information | Read _____   Reading Waived _____ |

### TYPE OF HEARING
- ✓ First Appearance
- ✓ Arraignment:
  - ✓ mute
  - ___ not guilty
  - ___ guilty
  - ___ nolo contendre
- ___ Initial Pretrial Conference
- ___ Detention (waived ___)
- ___ Preliminary (waived ___)
- ___ Rule 5 Proceeding
- ___ Revocation/SRV/PV
- ___ Bond Violation
- ___ Change of Plea
- ___ Sentencing
- ___ Other:_____

### DOCUMENTS
- ✓ Defendant's Rights
- ✓ Waiver of Indictment
- ___ Consent to Mag. Judge for _____
- ___ Other:_____

Court to Issue:
- ___ Report & Recommendation
- ___ Order of Detention
- ___ Order to file IPTC Statements
- ___ Bindover Order
- ___ Order Appointing Counsel
- ___ Other:_____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
___ Ordered   ___ Waived

___ Plea Accepted by the Court

___ No Written Plea Agreement

### ADDITIONAL INFORMATION
Defense Counsel states there would be no need for an Initial Pretrial Conference as deft intends to enter a guilty plea before the district judge

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted: ___ Yes  ___ No
Appeal Packet Given: ___ Yes  ___ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ None    Personal Recognizance |

| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
|---|---|
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** D. Hand |